

Attorneys at Law
Patrick G. Brady
t  973.639.8261
f  973.639.8556
PBrady@ebglaw.com

January 6, 2026

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     Re:   **Sister Karriemah H. Muqeet v. Home Depot U.S.A., Inc.,** *et al*.
            **Civil Action No. 24-cv-00822 (DG)(LB)**

Dear Magistrate Judge Merkl:

     We represent defendant Home Depot U.S.A., Inc. ("Home Depot") in the above referenced matter.  We submit this letter because plaintiff Karriemah H. Muqeet ("Ms. Muqeet" or "plaintiff") has failed to comply with Your Honor's September 29, 2025 Order regarding expert discovery.  Home Depot's concern arises from the fact that plaintiff's failure to abide by the Order impacts the schedule set by Your Honor for the completion of expert discovery, including the time in which Home Depot is to produce its responsive report and expert disclosures and the time for the completion of expert depositions.

     Pursuant to Your Honor's September 29, 2025 Order, plaintiff was to produce her expert reports and disclosures by December 29, 2025.  When plaintiff failed to comply, we contacted plaintiff's counsel to inquire.  *See* December 31, 2025 email to plaintiff's counsel attached as Exhibit A.  Receiving neither the expert report and disclosures mandated by Your Honor's Order nor a response to our email inquiry, we again wrote to plaintiff reminding her of the lapsed deadline and her need, if she still intended to rely on an expert report, to request an extension of the deadline.  *See* January 5, 2026 letter to plaintiff, attached as Exhibit B.  We again received no response from plaintiff.  Nor has plaintiff filed an application with the Court seeking an extension of the Court-ordered deadline, which expired more than one week ago.

     Home Depot requests a conference with Your Honor to discuss the schedule set forth in the September 29, 2025 Order.  If plaintiff does not intend to request an extension of the expired deadline and/or proceed with expert discovery, Home Depot would like to set a schedule for the filing of its dispositive motion.

       Your Honor's continued attention to this matter is appreciated.

                                            Respectfully submitted,

                                            *s/Patrick G. Brady*

                                            Patrick G. Brady

PGB/JMO
cc:     Nnenna M. Onua, Esq. (via ECF)

# Exhibit A

**From:** John M. O'Connor
**Sent:** Wednesday, December 31, 2025 12:33 PM
**To:** Nnenna Onua <nonua@mckinleyonua.com>; Preetpal Grewal <pgrewal@mckinleyonua.com>
**Cc:** Patrick G. Brady <pbrady@ebglaw.com>
**Subject:** Muqeet v. Home Depot

Nnenna and Preetpal,

Pursuant to the Court's September 29, 2025 Order, the last date for plaintiff to produce her expert report and expert disclosures was December 29, 2025.  Plaintiff has not complied with the Order as we have not received an expert report or accompanying disclosures.   Kindly advise.

John

# Exhibit B



Attorneys at Law

John M. O'Connor
t 973.639.8547
f 973.639.8558
joconnor@ebglaw.com

January 5, 2026

**By Electronic Mail**

Nnenna M. Onua, Esq.
McKinley, Onua & Associates, PLLC
26 Court Street, Suite 300
Brooklyn, New York 11242

  Re: <u>Sister Karriemah H. Muqeet v. Home Depot U.S.A., Inc., et al.</u>
     <u>Civil Action No. 24-cv-00822 (DG)(TAM)</u>

Dear Ms. Onua:

  Pursuant to the Court's September 29, 2025 Order, plaintiff was to produce her expert report and expert disclosures by no later than December 29, 2025. Plaintiff has failed to comply with this Order, as she produced neither an expert report nor the accompanying expert disclosures prior to the Court-ordered deadline. Further, plaintiff failed to seek an extension prior to allowing the Court-ordered deadline to lapse. We note that Judge Gujarati's Individual Practice Rules provide that any request for an extension of time be made with "at least two business days' notice" prior to the deadline.

  Plaintiff's failure to comply with the deadline set by the Court impacts Home Depot, as the time set by the Court for Home Depot to produce a responsive expert report and disclosures is based on plaintiff's expected compliance with the Court-ordered deadline.

  You have not responded to our email dated December 31, 2025, inquiring as to plaintiff's failure to abide by the Court's September 29, 2025 Order. Plaintiff must make an application to the Court for an extension of the now expired deadline.

           Very truly yours,

           *s/John M. O'Connor*

           John M. O'Connor

JMO/aml