

February 3, 2026

VIA ECF

Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: **Sister Karriemah H. Muqeet v. Home Depot U.S.A., Inc., et al.,**
           **Civil Action No. 24-cv-00822 (DG)(TAM)**

Dear Magistrate Judge Merkl:

    We represent Plaintiff Sister Karriemah H. Muqeet in the above-referenced matter. Plaintiff submits this letter in response to Defendant's January 26, 2026 letter (ECF No. 52), and to clarify Plaintiff's position regarding expert discovery referenced in Defendant's January 6, 2026 letter (ECF No. 51). Plaintiff apologizes for any delay in confirming her position regarding expert discovery and for any inconvenience to the Court and the parties.

    Plaintiff does not intend to serve any retained expert report pursuant to Rule 26(a)(2)(B) and does not intend to call any retained expert witness at trial, including Dr. Kenneth DiNella. Plaintiff may call treating medical providers, including prior treating providers, as witnesses based on their personal knowledge and treatment of Plaintiff. To the extent any disclosures are required under Rule 26(a)(2)(C), Plaintiff respectfully requests leave of Court to make such disclosures as directed by the Court.

    In light of the foregoing, Plaintiff understands that retained expert discovery is concluded as to Plaintiff, and Plaintiff has no objection to the Court and the parties proceeding with the remaining case schedule, including any deadlines for dispositive motions.

                                                          Respectfully submitted,

                                                        */s/ Preetpal Grewal*

                                                        Preetpal Grewal, Esq.

cc. All counsel of record (via ECF)

233 Broadway · Ste. 2348  New York, NY 10279 · 718-522-0236 · 718-701-8309(f) · mckinleyonua.com